DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:12-CV-1684-JAD-(GWF)<br>) |
| $27,580.00 IN UNITED STATES CURRENCY, | )<br>)<br>) |
| Defendant. | ) |

**DEFAULT JUDGMENT OF FORFEITURE AS TO $27,580.00 IN UNITED STATES CURRENCY, DONALD RUTH, DERRICK JACKSON, KATHY WILLIAMS, RAY MERCADEL, AND ALL PERSONS OR ENTITIES WHO CLAIM AN INTEREST IN THE DEFENDANT PROPERTY IN THE ABOVE-ENTITLED ACTION**
**AND**
**FINAL JUDGMENT OF FORFEITURE AS TO TROY MERCADEL**

The United States filed a verified Complaint for Forfeiture in Rem (ECF No. 1) on September 25, 2012. The Complaint (ECF No. 1) alleges the defendant property:

    a.    was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6);

. . .

. . .

        b.        is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6); and

        c.        was used or was intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from October 22, 2012, through November 20, 2012. Notice of Filing Proof of Publication, ECF No. 5.

On October 16, 2012, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice (ECF No. 3) and issued the Summons and Warrant of Arrest in Rem for the Property (ECF No. 4).

Pursuant to the Order (ECF No. 3), the Complaint (ECF No. 1), the Order (ECF No. 3), the Summons and Warrant (ECF No. 4), and the Notice of Complaint for Forfeiture (ECF No. 14, p. 4-5, 17-18, 31-32, 45-46, 75and ECF No. 14-1, p. 1, 30-31) were served on the defendant property and all persons claiming an interest in the defendant property.  All persons interested in the defendant property were required to file their claims with the Clerk of the Court no later than 35 days after the notice of this action was sent by mail, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective claims. Complaint, ECF No 1; Order for Summons and Warrant of Arrest in Rem for the Property and Notice, ECF No. 3; Summons and Warrant Issued by the Clerk, ECF No. 4; Notice of Filing Service of Process, ECF Nos. 14 and 14-1).

On January 2, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice by executing them on the defendant property. Notice of Filing Service of Process, ECF No. 14, p. 3-15.

. . .

On March 14, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Troy Mercadel by personal service. Notice of Filing Service of Process, ECF No. 14, p. 16-29.

On January 11, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Troy Mercadel, by and through his counsel Shawn Perez, by personal service. Notice of Filing Service of Process, ECF No. 14, p. 30-42.

On January 3, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Donald Ruth by regular mail. Notice of Filing Service of Process, ECF No. 14, p. 43-72.

On January 3, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Derrick Jackson by regular mail. Notice of Filing Service of Process, ECF No. 14, p. 73-75 and ECF No. 14-1, p. 1-27.

On January 3, 2013, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Kathy Jackson by regular mail. Notice of Filing Service of Process, ECF No. 14-1, p. 28-57.

On January 8, 2013, the United States Marshals Service attempted to personally serve the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice on Ray Mercadel, but found he did not live at the address provided. Further research was conducted by United States Postal Inspector James Gursky regarding Ray Mercadel. It was Postal Inspector Gursky's conclusion, based upon his research, knowledge, and experience, that Ray Mercadel was a fictitious name created by Troy Mercadel to avoid detection by law enforcement when mailing a package.  Notice of Filing Service of Process, ECF No. 14-1, p. 58-72.

On January 29, 2013, a Notice of Claim was filed with the Court by Troy Mercadel. Notice of Claim, ECF No. 9.

. . .

On January 29, 2013, an Answer to Complaint for Forfeiture and Demand for Jury Trial was filed by Troy Mercadel. Answer to Complaint for Forfeiture and Demand for Jury Trial, ECF No. 7.

On October 28, 2013, a proposed Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to $27,580.00 in United States Currency and Troy Mercadel, and Order was filed with the Court. Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to $27,580.00 in United States Currency and Troy Mercadel, and Order, ECF No. 20.

On December 30, 2013, the Court entered an Order granting the Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to $27,580.00 in United States Currency and Troy Mercadel. Order, ECF No. 21.

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

Donald Ruth is not in the military service within the purview of the Servicemembers Civil Relief Act.

Derrick Jackson is not in the military service within the purview of the Servicemembers Civil Relief Act.

Kathy Williams is not in the military service within the purview of the Servicemembers Civil Relief Act.

On January 28, 2014, the United States filed a Request for Entry of Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Request for Entry of Default, ECF No. 22.

On February 18, 2014, the Clerk of the Court entered a Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Default, ECF No. 25.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact.  The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture is entered against: (1) $27,580.00 in United States Currency; (2) Donald Ruth; (3) Derrick Jackson; (4) Kathy Williams, (5) Ray Mercadel; and (6) all persons or entities who claim an interest in the defendant property in the above-entitled action except Troy Mercadel.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party, other than Troy Mercadel, whose rights and liabilities are adjudged below.

IT IS FURTHER ORDERED, ADJUDED AND DECREED, that, the property having been forfeited, within a practicable time hereafter for the United States, the United States must release to Troy Mercadel, through Shawn R. Perez, Esq., one payment of $5,516.00 in United States Currency, less any debt owed the United States, any agency of the United States, or any debt in which the United States is authorized to collect.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

Dated: May 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

5